**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BENJAMIN PATRICK LEE,** <br> Petitioner, <br> v. <br> SUSAN PERRY (Warden), <br> Respondent. | No. ED CV 17-00233-VBF-SK <br><br> **FINAL JUDGMENT** |

Pursuant to this Court's Order Dismissing the Habeas Corpus Petition With Prejudice as Untimely, **final judgment is hereby entered in favor of respondent and against petitioner Benjamin Patrick Lee.**

Dated: September 22, 2017



_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

JS-6